IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–57–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOANNA MARIE SNYDER, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 34.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Joanna Marie Snyder is charged with one count of bank fraud, in violation of 18 U.S.C. § 1344 (Count 1), one count of mail theft, in violation of 18 U.S.C. § 1708 (Count 2), one count of counterfeiting obligations of the United States, in violation of 18 U.S.C. § 471 (Count 3), one count of uttering counterfeit obligations of the United States, in violation of 18 U.S.C. § 472 (Count 4), eight

counts of wire fraud, in violation of 18 U.S.C. § 1343 (Counts 5–12), and eight counts of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1) (Counts 13–20). (Doc. 2.) Judge DeSoto recommends that this Court accept Ms. Snyder's guilty plea as to Count 6 after she appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

    Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 34) is ADOPTED in full.

    IT IS FURTHER ORDERED that Ms. Snyder's motion to change plea (Doc. 27) is GRANTED.

    IT IS FURTHER ORDERED that Joanna Marie Snyder is adjudged guilty as charged in Count 6 of the Indictment.

    DATED this 10th day of May, 2023.

_____
Dana L. Christensen, District Judge
United States District Court