IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOANNA MARIE SNYDER,<br><br>Defendant. | CR 22–57–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 37.) Defendant Joanna Marie Snyder has been adjudged guilty of wire fraud as charged in Count 6 of the Indictment. (Doc. 36.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. §§ 981, 982 and 28 U.S.C. § 2461(c).

Accordingly, IT IS ORDERED the motion (Doc. 37) is GRANTED.

IT IS FURTHER ORDERED that Ms. Snyder's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. §§ 981, 982 and 28 U.S.C. § 2461(c):

> U.S. Currency
>
> $1,116.00 in U.S. currency ($14.00 of the $1,116.00 is mutilated bleached genuine currency and will be redeemed with the Bureau of

1

Engraving & Printing)

Property:

1. Purple/Blue HP laptop, Serial No.: CND6426BZ0

2. Black Sony Cell Phone, Serial No.: (not obtainable)

3. White HP Desk Jet Printer, Serial No.: CN97028360

4. Black Canon Pixma Printer/Scanner, Serial No.: KLBD20522

5. Black Canon Pixma/Scanner, Serial No.: KJSR40786

6. Western Digital Hard Disk Drive, Serial No.: WCASY5942610

7. Seagate ST340015A Hard Disk Drive, Serial No.: 5LAC4NM4

8. Seagate Barracuda Hard Disk Drive, Serial No.: 9QG0PX5A

9. Hitachi Deskstar Hard Disk Drive, Serial No.: GTF200P8GSATWF

10. Western digital Hard Disk Drive, Serial No.: WCC6Y2UEZXN5

11. Seagate Momentus Hard Disk Drive, Serial No.: 3PL0DGJS

12. Hitachi Hard Disk Drive, Serial No.: 100828PBG200CSJZKSSN

13. Seagate Hard Disk Drive, Serial No.: SBY0VEDZ

14. Fujitsu N124 Hard Disk Drive, Serial No.: K63RT862URWE

15. Toshiba Hard Disk Drive, Serial No.: Z425TXRLT11BHDKCD02AYA31T

16. Toshiba Hard Disk Drive, Serial No.: 617EDH6WBKU3EC.A

17. HGST Hard Disk Drive, Serial No.: 4T0N3YPL

18. Samsung Hard Disk Drive, Serial No.: S0A8J10L948656

19. Hitachi Hard Disk Drive, Serial No.: 120406E3G34263D8J16D

20. Hitachi Hard Disk Drive, Serial No.: HTC426030G5CE00

21. Black Envy HP Scanner/Printer, Serial No.: TH87O5J0N5

22. White Samsung Xpress Printer, Serial No.: 0AK8B8GJ2B00APE

23. Black Thermaltake Blacx Hard Drive Docking Station

24. Applebee's Gift Card With $25.00 Balance, Gift Card Number: 3086640001170283592

25. Applebee's Gift Card With $2.52 Balance, Gift Card Number: 3086640001137403549

26. HP Pavillion Envy DV7 Laptop with A Missing Keyboard, Serial No.: 2CE2351JYN

27. Black Motorola XT1921-2 Cellphone, Serial No.: 352168103099239

28. Black ZTE Z899VL Cellphone, Serial No.: 32FB76195600

29. Black Motorola Cellphone, Serial No.: (not obtainable)

30. iTunes Gift Card With $15.00 Balance, Gift Card Number: XT6Y7DHJV8GT3QGY

31. Buffalo Wild Wings Gift Card With $25.00 Balance, Gift Card Number: 6139413132913400

32. MSRX6 Credit Card Reader (no serial number)

33. MSR605X Credit Card Reader/Writer, Serial No. A517124603

34. Black Bolle cellphone case.

IT IS FURTHER ORDERED that the United States Marshals Service and/or the United States Secret Service are directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture in which all interests will be addressed.

DATED this 19th day of May, 2023.

_____
Dana L. Christensen, District Judge
United States District Court