IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–57–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOANNA MARIE SNYDER, | |
| Defendant. | |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 42.)  Having reviewed said motion, the Court finds:

1.      The United States commenced this action pursuant to 18 U.S.C. §§ 492, 981, and 982 and 28 U.S.C. § 2461(c).

2.      A Preliminary Order of Forfeiture was entered on May 19, 2023. (Doc. 39.)

3.      All known interested parties were provided an opportunity to respond and publication has been effected as required by Rule 32.2 of the Federal Rules of Criminal Procedure.  (Docs. 41, 41-1.)

4.      It appears there is cause to issue a forfeiture order under 18 U.S.C. §§ 492, 981, and 982 and 28 U.S.C. § 2461(c).

It is therefore ORDERED that:

1. The motion for final order of forfeiture (Doc. 42) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §§ 492, 981, and 982 and 28 U.S.C. § 2461(c), free from the claims of any other party:

<u>U.S. Currency</u>

$1,116.00 in U.S. currency ($14.00 of the $1,116.00 is mutilated bleached genuine currency and will be redeemed with the Bureau of Engraving & Printing)

<u>Property:</u>

1. Purple/Blue HP laptop, Serial No.: CND6426BZ0

2. Black Sony Cell Phone, Serial No.: (not obtainable)

3. White HP Desk Jet Printer, Serial No.: CN97028360

4. Black Canon Pixma Printer/Scanner, Serial No.: KLBD20522

5. Black Canon Pixma/Scanner, Serial No.: KJSR40786

6. Western Digital Hard Disk Drive, Serial No.: WCASY5942610

7. Seagate ST340015A Hard Disk Drive, Serial No.: 5LAC4NM4

8. Seagate Barracuda Hard Disk Drive, Serial No.: 9QG0PX5A

9. Hitachi Deskstar Hard Disk Drive, Serial No.: GTF200P8GSATWF

10.     Western digital Hard Disk Drive, Serial No.:

WCC6Y2UEZXN5

11.     Seagate Momentus Hard Disk Drive, Serial No.: 3PL0DGJS

12.     Hitachi Hard Disk Drive, Serial No.:

100828PBG200CSJZKSSN

13.     Seagate Hard Disk Drive, Serial No.: SBY0VEDZ

14.     Fujitsu N124 Hard Disk Drive, Serial No.: K63RT862URWE

15.     Toshiba Hard Disk Drive, Serial No.:

Z425TXRLT11BHDKCD02AYA31T

16.     Toshiba Hard Disk Drive, Serial No.: 617EDH6WBKU3EC.A

17.     HGST Hard Disk Drive, Serial No.: 4T0N3YPL

18.     Samsung Hard Disk Drive, Serial No.: S0A8J10L948656

19.     Hitachi Hard Disk Drive, Serial No.: 120406E3G34263D8J16D

20.     Hitachi Hard Disk Drive, Serial No.: HTC426030G5CE00

21.     Black Envy HP Scanner/Printer, Serial No.: TH87O5J0N5

22.     White Samsung Xpress Printer, Serial No.:

0AK8B8GJ2B00APE

23.     Black Thermaltake Blacx Hard Drive Docking Station

24.     Applebee's Gift Card With $25.00 Balance, Gift Card Number:

3086640001170283592

25.     Applebee's Gift Card With $2.52 Balance, Gift Card Number:

3086640001137403549

26.     HP Pavillion Envy DV7 Laptop with A Missing Keyboard,

Serial No.: 2CE2351JYN

27.     Black Motorola XT1921-2 Cellphone, Serial No.:

352168103099239

28.     Black ZTE Z899VL Cellphone, Serial No.: 32FB76195600

29.     Black Motorola Cellphone, Serial No.: (not obtainable)

30.     iTunes Gift Card With $15.00 Balance, Gift Card Number:

XT6Y7DHJV8GT3QGY

31.     Buffalo Wild Wings Gift Card With $25.00 Balance, Gift Card

Number: 6139413132913400

32.     MSRX6 Credit Card Reader (no serial number)

33.     MSR605X Credit Card Reader/Writer, Serial No. A517124603

34.     Black Bolle cellphone case.

3.     The United States shall have full and legal title to the forfeited

property and may dispose of it in accordance with law.

DATED this 7th day of August, 2023.

Dana L. Christensen, District Judge
United States District Court